[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-12500
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 3, 2012
JOHN LEY
CLERK

D.C. Docket No. 1:10-cr-20863-AJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICK RIVERA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(February 3, 2012)

Before CARNES, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Neal Gary Rosensweig, counsel for Patrick Rivera in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rivera's conviction and sentence are **AFFIRMED**.